United States District Court
Southern District of Texas
**ENTERED**
June 13, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE JAMESON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-208 |
| | § | |
| SCOTTSDALE INSURANCE | § | |
| COMPANY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING JOINT MOTION TO REMAND

Upon consideration of the Joint Motion to Remand (Dkt. No. 4), the Court hereby **ORDERS** that the Motion is **GRANTED** and this cause is **REMANDED** to the 430th Judicial District Court, Hidalgo County, Texas.

SO ORDERED this 13th day of June, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge